# United States District Court

**United States District Court Southern District Of Texas FILED**

| SOUTHERN | DISTRICT OF | TEXAS |
|---|---|---|

**McALLEN DIVISION**

MAY 3 2019

David J. Bradley, Clerk

UNITED STATES OF AMERICA

V.

**Mario RUIZ-Villanueva**

**CRIMINAL COMPLAINT**

AKA:

**IAE**      YOB: 1965

**Mexico**

(Name and Address of Defendant)

**Case Number:      M-19-1011-M**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief. On or about _____**May 1, 2019**_____ in _____**Hidalgo**_____ County, in

the _____**Southern**_____ District of _____**Texas**_____ defendants(s) did,

*(Track Statutory Language of Offense)*

**being then and there an alien who previously has been deported from the United States to Mexico in pursuance of law, and thereafter was found near Rio Grande City, Texas within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;**

in violation of Title _____**8**_____ United States Code, Section(s) _____**1326**_____ **(Felony)**

I further state that I am a(n) _____**Deportation Officer**_____ and that this complaint is based on the following facts:

**On May 1, 2019, Mario RUIZ-Villanueva a citizen of Mexico was encountered by Immigration Officers at the Starr County Jail in Rio Grande City, Texas. An Immigration Detainer was placed upon the defendant and was subsequently remanded into the custody of Immigration and Customs Enforcement on May 2, 2019. Record checks revealed the defendant was formally removed from the United States to Mexico for the first (1st) time on June 30, 2009 via the Del Rio, Texas Port of Entry. The defendant was instructed not to return without permission from the Attorney General or the Secretary of Homeland Security of the United States. The defendant claims to have illegally re-entered the United States on or about April 15, 2019 by wading the Rio Grande River at or near Roma, Texas. On December 14, 2005, the defendant was convicted of possession with intent to distribute more than 100 kilograms but less than 1,000 kilograms of marijuana, that is, approximately 123 kilograms of marijuana and sentenced to sixty (60) months to the custody of the United States Bureau of Prisons and four (4) years supervised release term.**

Continued on the attached sheet and made a part of this complaint: ☐Yes ☒No

Complaint approved by AUSA *Robert Guerra*

_____
Signature of Complainant

**Ernesto Alvarado      Deportation Officer**
**Printed Name and Title of Complainant**

Sworn to before me and subscribed in my presence,

**May 3, 2019**                                      at **McAllen, Texas**
**Date**                                                        **City and State**

**J. Scott Hacker      U.S. Magistrate Judge**
**Name and Title of Judicial Officer**

_____
Signature of Judicial Officer